396 A.2d 844

Spotts, Appellant, v. Eberline.

Spotts, Appellant, v. Upper Allegheny Joint Sanitary Authority et al.

Argued October 26, 1978. James P. Gill, for appellant; Seymour A. Sikov, for appellee, Eberline, at No. 924, and for appellees, Upper Allegheny Joint Sanitary Authority and Irving Sikov, at No. 925.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Orders affirmed.